# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bradley G. Griep; Kim J. Griep, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
|     Plaintiffs, | ) | CV 09-2613 PHX-ROS |
| | ) | |
| v. | ) | |
| | ) | |
| BAC Home Loans Servicing, LP; Bank of America, | ) ) ) | |
|     Defendant. | | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 30, 2010, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

                                            RICHARD H. WEARE
                                            District Court Executive/Clerk

April 30, 2010

                                            s/ Linda S Patton
                                            By: Deputy Clerk

cc: (all counsel)